# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOES #1-#4, by and through their next friend and Guardians JOHN DOES #1-#4

v.

VICKSBURG COMMUNITY SCHOOLS, KEEVIN O'NEILL, STEVE GOSS, ADAM BRUSH, and MATTHEW HAWKINS

Case No. 1:23-cv-00901
Hon. Robert J. Jonker

TO: VICKSBURG COMMUNITY SCHOOLS
ADDRESS: 301 S. KALAMAZOO AVENUE
VICKSBURG, MI 49097

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
MATTHEW S. DePERNO
951 W. MILHAM AVENUE
PO BOX 1595
PORTAGE, MI 49081
(269) 321-5064

CLERK OF COURT

_____
By: Deputy Clerk                        Date

---

## PROOF OF SERVICE

This summons for _____VICKSBURG COMMUNITY SCHOOLS_____ was received by me on _____.
(name of individual and title, if any)                                                                                     (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                      (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                                                (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                     (name of individual)
of process on behalf of _____ on _____.
                                            (name of organization)                                                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

        My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                        _____
                                                                                            Server's signature

Additional information regarding attempted service, etc.:    _____
                                                                                            Server's printed name and title

                                                                                            _____
                                                                                            Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANE DOES #1-#4, by and through their next friend and Guardians JOHN DOES #1-#4 | Case No. 1:23-cv-00901<br>Hon. Robert J. Jonker |
| v. | TO: KEEVIN O'NEILL<br>ADDRESS: 301 S. KALAMAZOO AVENUE<br>VICKSBURG, MI 49097 |
| VICKSBURG COMMUNITY SCHOOLS, KEEVIN O'NEILL, STEVE GOSS, ADAM BRUSH, and MATTHEW HAWKINS | |

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

    399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
    P.O. Box 698, 330 Federal Building, Marquette, MI 49855
    107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
    113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
MATTHEW S. DePERNO
951 W. MILHAM AVENUE
PO BOX 1595
PORTAGE, MI 49081
(269) 321-5064

CLERK OF COURT

_____
By: Deputy Clerk                Date

## PROOF OF SERVICE

This summons for _____KEEVIN O'NEILL_____ was received by me on _____.
(name of individual and title, if any)                                                     (date)

☐ I personally served the summons on the individual at _____
                                                           (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                                        Server's signature

Additional information regarding attempted service, etc.:    _____
                                                                  Server's printed name and title

                                                              _____
                                                                        Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOES #1-#4, by and through their next friend and Guardians JOHN DOES #1-#4

v.

VICKSBURG COMMUNITY SCHOOLS, KEEVIN O'NEILL, STEVE GOSS, ADAM BRUSH, and MATTHEW HAWKINS

Case No. 1:23-cv-00901
Hon. Robert J. Jonker

TO: STEVE GOSS
ADDRESS: 301 S. KALAMAZOO AVENUE
VICKSBURG, MI 49097

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
MATTHEW S. DePERNO
951 W. MILHAM AVENUE
PO BOX 1595
PORTAGE, MI 49081
(269) 321-5064

CLERK OF COURT

_____
By: Deputy Clerk                        Date

## PROOF OF SERVICE

This summons for _____**STEVE GOSS**_____ was received by me on _____.
(name of individual and title, if any)                                        (date)

☐ I personally served the summons on the individual at _____
on _____.                                                  (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOES #1-#4, by and through their next friend and Guardians JOHN DOES #1-#4

v.

VICKSBURG COMMUNITY SCHOOLS, KEEVIN O'NEILL, STEVE GOSS, ADAM BRUSH, and MATTHEW HAWKINS

Case No. 1:23-cv-00901
Hon. Robert J. Jonker

TO: ADAM BRUSH
ADDRESS: 301 S. KALAMAZOO AVENUE
VICKSBURG, MI 49097

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
MATTHEW S. DePERNO
951 W. MILHAM AVENUE
PO BOX 1595
PORTAGE, MI 49081
(269) 321-5064

CLERK OF COURT

_____
By: Deputy Clerk                Date

## PROOF OF SERVICE

This summons for __ADAM BRUSH__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOES #1-#4, by and through their next friend and Guardians JOHN DOES #1-#4

v.

VICKSBURG COMMUNITY SCHOOLS, KEEVIN O'NEILL, STEVE GOSS, ADAM BRUSH, and MATTHEW HAWKINS

Case No. 1:23-cv-00901
Hon. Robert J. Jonker

TO: MATTHEW HAWKINS
ADDRESS: 301 S. KALAMAZOO AVENUE
VICKSBURG, MI 49097

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
   113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
MATTHEW S. DePERNO
951 W. MILHAM AVENUE
PO BOX 1595
PORTAGE, MI 49081
(269) 321-5064

CLERK OF COURT

_____
By: Deputy Clerk           Date

---

## PROOF OF SERVICE

This summons for _____MATTHEW HAWKINS_____ was received by me on _____.
                    (name of individual and title, if any)                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

   My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                    _____
                                              Server's signature

Additional information regarding attempted service, etc.:
                                        _____
                                          Server's printed name and title

                                        _____
                                               Server's address