# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOES #1-#4, by and through their next friend and Guardians JOHN DOES #1-#4

v.

VICKSBURG COMMUNITY SCHOOLS, KEEVIN O'NEILL, STEVE GOSS, ADAM BRUSH, and MATTHEW HAWKINS

Case No. 1:23-cv-00901
Hon. Robert J. Jonker

TO: VICKSBURG COMMUNITY SCHOOLS
ADDRESS: 301 S. KALAMAZOO AVENUE
VICKSBURG, MI 49097

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
MATTHEW S. DePERNO
951 W. MILHAM AVENUE
PO BOX 1595
PORTAGE, MI 49081
(269) 321-5064

CLERK OF COURT



8/29/2023

_____
By: Deputy Clerk                    Date

---

## PROOF OF SERVICE

This summons for _____VICKSBURG COMMUNITY SCHOOLS_____ was received by me on _____.
            (name of individual and title, if any)                                        (date)

☐ I personally served the summons on the individual at _____
                                                              (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                      (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                           (date)

☐ I served the summons on _____, who is designated by law to accept service
                                  (name of individual)
of process on behalf of _____ on _____.
                              (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOES #1-#4, by and through their next friend and Guardians JOHN DOES #1-#4

v.

VICKSBURG COMMUNITY SCHOOLS, KEEVIN O'NEILL, STEVE GOSS, ADAM BRUSH, and MATTHEW HAWKINS

Case No. 1:23-cv-00901
Hon. Robert J. Jonker

TO: KEEVIN O'NEILL
ADDRESS: 301 S. KALAMAZOO AVENUE
VICKSBURG, MI 49097

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
  113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
MATTHEW S. DePERNO
951 W. MILHAM AVENUE
PO BOX 1595
PORTAGE, MI 49081
(269) 321-5064

CLERK OF COURT



By: Deputy Clerk          8/29/2023
                          Date

---

## PROOF OF SERVICE

This summons for _____KEEVIN O'NEILL_____ was received by me on _____.
(name of individual and title, if any)                                (date)

☐ I personally served the summons on the individual at _____
                                                       (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                    (date)

☐ I served the summons on _____, who is designated by law to accept service
                          (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____          _____
                                Server's signature

Additional information regarding attempted service, etc.:    _____
                                                             Server's printed name and title

                                                             _____
                                                             Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOES #1-#4, by and through their next friend and Guardians JOHN DOES #1-#4

v.

VICKSBURG COMMUNITY SCHOOLS, KEEVIN O'NEILL, STEVE GOSS, ADAM BRUSH, and MATTHEW HAWKINS

Case No. 1:23-cv-00901
Hon. Robert J. Jonker

TO: STEVE GOSS
ADDRESS: 301 S. KALAMAZOO AVENUE
VICKSBURG, MI 49097

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
MATTHEW S. DePERNO
951 W. MILHAM AVENUE
PO BOX 1595
PORTAGE, MI 49081
(269) 321-5064

CLERK OF COURT



8/29/2023

By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for _____STEVE GOSS_____ was received by me on _____.
(name of individual and title, if any)                                                                              (date)

☐ I personally served the summons on the individual at _____
                                                                                                    (place where served)
on _____.
         (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                              (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                                       (name of individual)
of process on behalf of _____ on _____.
                                  (name of organization)                               (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                    _____
                                                                    Server's signature

Additional information regarding attempted service, etc.:    _____
                                                                                           Server's printed name and title

                                                                                    _____
                                                                                                   Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOES #1-#4, by and through their next friend and Guardians JOHN DOES #1-#4

v.

VICKSBURG COMMUNITY SCHOOLS, KEEVIN O'NEILL, STEVE GOSS, ADAM BRUSH, and MATTHEW HAWKINS

Case No. 1:23-cv-00901
Hon. Robert J. Jonker

TO: ADAM BRUSH
ADDRESS: 301 S. KALAMAZOO AVENUE
VICKSBURG, MI 49097

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
MATTHEW S. DePERNO
951 W. MILHAM AVENUE
PO BOX 1595
PORTAGE, MI 49081
(269) 321-5064

CLERK OF COURT



_____
By: Deputy Clerk                     Date

8/29/2023

---

## PROOF OF SERVICE

This summons for _____ADAM BRUSH_____ was received by me on _____.
(name of individual and title, if any)                                                                (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)                                                  (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JANE DOES #1-#4, by and through their next friend and Guardians JOHN DOES #1-#4

v.

VICKSBURG COMMUNITY SCHOOLS, KEEVIN O'NEILL, STEVE GOSS, ADAM BRUSH, and MATTHEW HAWKINS

Case No. 1:23-cv-00901
Hon. Robert J. Jonker

TO: MATTHEW HAWKINS
ADDRESS: 301 S. KALAMAZOO AVENUE
VICKSBURG, MI 49097

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
  113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
MATTHEW S. DePERNO
951 W. MILHAM AVENUE
PO BOX 1595
PORTAGE, MI 49081
(269) 321-5064

CLERK OF COURT



8/29/2023

By: Deputy Clerk                                     Date

---

## PROOF OF SERVICE

This summons for ____MATTHEW HAWKINS____ was received by me on _____.
(name of individual and title, if any)                                         (date)

☐ I personally served the summons on the individual at _____
on _____.                                         (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.
☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____                    _____
                                              Server's signature

Additional information regarding attempted service, etc.:
                                         _____
                                              Server's printed name and title

                                         _____
                                              Server's address