UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

H<small>AZEN</small> V<small>ERMEULEN</small>, et al.,

    Plaintiffs,                    Hon. Robert J. Jonker

v.                                    Case No. 1:23-cv-00901

V<small>ICKSBURG</small> C<small>OMMUNITY</small> S<small>CHOOLS</small>,
et al.,

    Defendants,
_____/

## ORDER OF RECUSAL

In accordance with 28 U.S.C. § 455(a) and (b)(3), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case pursuant to the approved procedure.

**IT IS SO ORDERED**.

Date: December 1, 2023                    /s/ Phillip J. Green
                                                 PHILLIP J. GREEN
                                                 United States Magistrate Judge