UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAZEN VERMEULEN, et al.,

       Plaintiffs,                     Case No. 1:23–cv–00901–RJJ–RSK

    v.

VICKSBURG COMMUNITY SCHOOLS,
et al.,

       Defendants.
_____/

**NOTICE REGARDING REASSIGNMENT**

      NOTICE is hereby given that matters that were previously assigned or referred to Magistrate Judge Green in this case have been reassigned to Magistrate Judge Ray Kent. Unless notified otherwise under separate notification, all current deadlines and any scheduled hearings will remain as previously scheduled.

                                      ANN E. FILKINS
                                      CLERK OF COURT

Dated:  December 4, 2023      By:   /s/ E. Doerr_____
                                               Deputy Clerk