**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HAZEN VERMEULEN, MORGEN
GROSSETT, by and through her parent and
next friend Cassanda Byers, AVA
VERMEULEN, by and through her parent and
next friend Elizabeth Cutshaw, and KAMI
WILSON, by and through her parent and next
friend April Wilson

     Plaintiffs

v.

VICKSBURG COMMUNITY SCHOOLS;
KEEVIN O'NEILL in his official capacity as
Superintendent of Vicksburg Community
Schools; STEVE GOSS in his official capacity
as Assistant Superintendent of Vicksburg
Community Schools; ADAM BRUSH in his
official capacity as Principal of Vicksburg High
School; MATTHEW HAWKINS in his official
capacity as Vice Principal of Vicksburg High
School;

     Defendants.

Case No. 1:23-cv-00901

HON. ROBERT J. JONKER

Magistrate: HON. RAY KENT

MATTHEW S. DePERNO (P52622)
DePERNO LAW OFFICE, PLLC
*Attorney for Plaintiffs*
951 W. Milham Avenue
PO Box 1595
Portage, MI 49081
(269) 321-5064
matthew@depernolaw.com

TIMOTHY J. MULLINS (P28021)
KENNETH B. CHAPIE (P66148)
LINDSAY P. HAZEN (P85861))
GIARMARCO, MULLINS & HORTON, P.C.
*Attorneys for Defendants*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
kchapie@gmhlaw.com
lhazen@gmhlaw.com

_____/

## STIPULATED ORDER ADJOURNING CASE MANAGEMENT ORDER

    This matter having come before the Court upon the stipulation of the parties, the Court

being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the First Case Management Order dates are adjourned 60-days as follows due to continuing issues with the following: (1) scheduling issues regarding expert witnesses and depositions and (2) Plaintiffs' expert have requested additional time to review discovery response (which are not due until May 8, 2024) in order to complete their disclosures and reports.

Disclose Name, Address, Area of Expertise and
a short summary of expected testimony of
Expert witnesses (Rule 26(a)(2)(A))

|  | |
|---|---|
| Party with the Burden of Proof: | JUNE 29, 2024 |
| Responding Party: | JULY 30, 2024 |

Disclosure of Expert Reports (Rule 26(a)(2)(B)):

|  | |
|---|---|
| Party with the Burden of Proof: | JUNE 29, 2024 |
| Responding Party: | JULY 30, 2024 |

| | |
|---|---|
| Completion of Discovery | SEPTEMBER 29, 2024 |
| Dispositive Motions | OCTOBER 30, 2024 |
| Second Rule 16 Scheduling Confernce | To be rescheduled |

DATE: _____, 2024        _____
                                                                            HON. ROBERT J. JONKER
                                                                            United States District Court Judge
Stipulated and agreed:

/s/ Matthew S. DePerno_____
MATTHEW S. DePERNO (P52622)
DePERNO LAW OFFICE, PLLC
Attorney for Plaintiff


/s/ Kenneth B. Chapie (with permission)_____
KENNETH B. CHAPIE (P66148)
GIARMARCO, MULLINS & HORTON, P.C.
Attorney for Defendants

2