# EXHIBIT B

| | |
|---|---|
| **From:** | Ken B. Chapie |
| **To:** | Matthew DePerno |
| **Cc:** | Tim Mullins |
| **Subject:** | Re: Vermeulen v Vicksburg |
| **Date:** | Thursday, April 18, 2024 9:36:57 PM |
| **Attachments:** | image001.png |

That's fine.

Sent from my iPhone

> On Apr 18, 2024, at 7:26 PM, Matthew DePerno <matthew@depernolaw.com> wrote:
>
>
> Tim,
>
> It looks like I will need another week to wrap up our responses. I want to make sure that is acceptable.
>
> Matthew S. DePerno
> DePERNO LAW OFFICE, PLLC
>
> PO Box 1595
> Portage, MI 49081
>
> (269) 321-5064 (office)
> (269) 491-0213 (cell)
> (269) 353-2726 (fax)
>
> matthew@depernolaw.com
> www.depernolaw.com
>
>
> On Thu, Mar 28, 2024 at 2:55 PM Tim Mullins <tmullins@gmhlaw.com> wrote:
>> Yes, you can have a two week extension to April 19. If you need anymore time, let me know.
>>
>>
>> Please forward your discovery to Defendants in Word format.
>>
>>
>> Thanks.
>>
>> **Tim Mullins**
>> Giarmarco, Mullins & Horton, P.C.

Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan  48084-5280
Phone: (248) 457-7020
Fax: (248) 404-6320
Email: tmullins@gmhlaw.com
www.gmhlaw.com



**From:** Matthew DePerno <matthew@depernolaw.com>
**Sent:** Thursday, March 28, 2024 2:48 PM
**To:** Tim Mullins <tmullins@gmhlaw.com>
**Subject:** Re: Vermeulen v Vicksburg


Sure will. It looks like plaintiffs response to your discovery are due on April 5, 2025.


Will you agree to a 2 week extension to April 19?


Matthew S. DePerno
DePERNO LAW OFFICE, PLLC

PO Box 1595
Portage, MI 49081

(269) 321-5064 (office)
(269) 491-0213 (cell)
(269) 353-2726 (fax)

matthew@depernolaw.com
www.depernolaw.com

On Thu, Mar 28, 2024 at 8:24 AM Tim Mullins <tmullins@gmhlaw.com> wrote:

> Can you please forward the Word documents?
>
> Thank you.
>
> **Justine Myers**
> **Legal Assistant to**
> **Timothy J. Mullins**
> **Kenneth B. Chapie**
> **John L. Miller**
> **Travis Comstock**
> **Annabel Shea**
> **Christopher Messing**
> **Lindsay Hazen**
> **Katherine Ross**
> Giarmarco, Mullins & Horton, P.C.
> Tenth Floor Columbia Center
> 101 West Big Beaver Road
> Troy, Michigan 48084-5280
> Phone: (248) 457-7034
> Fax: (248) 457-7001
> Email: jmyers@gmhlaw.com
> www.gmhlaw.com
>
> <image001.png>
>
> *Confidential: This electronic message and all contents contain information from the law firm of Giarmarco, Mullins & Horton, P.C., which may be privileged, confidential, or otherwise protected from disclosure. Any recipient other than the intended recipient is hereby notified that any disclosure, copy, distribution, or use of the contents of this message or any attachments is strictly prohibited. If you have received this electronic message in error, please notify us immediately by reply e-mail or phone and destroy the original message, attachments, and all copies.*
>
> ---
>
> **From:** Matthew DePerno <matthew@depernolaw.com>
> **Sent:** Wednesday, March 27, 2024 9:36 PM
> **To:** Tim Mullins <tmullins@gmhlaw.com>
> **Subject:** Vermeulen v Vicksburg

Attached are requests for admissions, interrogatories, and request for documents directed to defendant Vicksburg Community Schools

Matthew S. DePerno
DePERNO LAW OFFICE, PLLC

PO Box 1595
Portage, MI 49081

(269) 321-5064 (office)
(269) 491-0213 (cell)
(269) 353-2726 (fax)

matthew@depernolaw.com
www.depernolaw.com