UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:23-cv-901-RJJ-RSK | July 25, 2024 | 2:27 - 2:30 p.m.<br>2:30 – 3:14 p.m. | Hon. Ray Kent |

## CASE CAPTION

Vermeulen, et al. v. Vicksburg Community Schools, et al.

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Matthew S. DePerno | Hazen Vermeulen;<br>Morgen Grossett, *by and through her parent and Next Friend, Cassanda Byers;*<br>Ava Vermeulen, *by and through her parent and Next Friend, Elizabeth Cutshaw;*<br>Kami Wilson*, by and through her parent and Next Friend, April Wilson* |
| Kenneth B. Chapie/Lindsay P. Hazen | Vicksburg Community Schools<br>Keevin O'Neill<br>Steve Goss<br>Adam Brush<br>Matthew Hawkins |

## PROCEEDINGS

**NATURE OF HEARING: Motion hearing held regarding Defendants' Motion to Compel Discovery and Extend Scheduling Order Deadlines (ECF No. 30)**

Order to issue.

Proceedings Digitally Recorded
Deputy Clerk: B. Glass