UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAZEN VERMEULEN, et al,

    Plaintiffs,

v.

VICKSBURG COMMUNITY SCHOOLS,
et al,

    Defendants.
_____/

Case No. 1:23-cv-901

Hon. ROBERT J. JONKER

**ORDER GRANTING IN PART MOTION TO COMPEL
AND EXTENDING DEADLINES**

Oral argument was heard this date on Defendants' Motion to Compel Discovery and Extend Scheduling Order Dates (ECF No. 30).  The motion is **GRANTED in part** as stated on the record.

Additionally, the Second Case Management Order of April 29, 2024 (ECF No. 29) is amended as follows:  Discovery shall be completed by **November 29, 2024;** Dispositive motions shall be filed by **December 30, 2024.  NO FURTHER EXTENSIONS OF THE SCHEDULING ORDER WILL BE PERMITTED.**

    **IT IS SO ORDERED.**

Dated: July 25, 2024                /s/ Ray Kent
                                        RAY KENT
                                        United States Magistrate Judge