UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAZEN VERMEULEN, et al.,

        Plaintiffs,                       Case No. 1:23–cv–00901–RJJ–RSK

    v.                                Hon. Robert J. Jonker

VICKSBURG COMMUNITY SCHOOLS,
et al.,

        Defendants.
_____/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Scheduling Conference |
| Date/Time: | January 28, 2025   03:00 PM *(previously set for 11/25/24)* |
| Judge: | Robert J. Jonker |
| Place/Location: | 699 Federal Building, Grand Rapids, MI |

*An updated Joint Status Report shall be filed by January 21, 2025.*

                                ROBERT J. JONKER
                                United States District Judge

Dated:   July 29, 2024       By:    /s/ Susan Driscoll Bourque
                                      Case Manager