UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAZEN VERMEULEN; MORGEN
GROSSETT, by and through her parent and
Next Friend, CASSANDA BYERS; AVA
VERMEULEN, by and through her parent and
Next Friend, ELIZABETH CUTSHAW; and
KAMI WILSON, by and through her parent and
Next Friend, APRIL WILSON,

    Plaintiffs,

v

VICKSBURG COMMUNITY SCHOOLS,
KEEVIN O'NEILL, STEVE GOSS, ADAM
BRUSH and MATTHEW HAWKINS,

    Defendants.
_____/

Judge Robert J. Jonker
Magistrate Judge Ray Kent
No. 23-00901

| | |
|---|---|
| MATTHEW S. DEPERNO (P52622) | TIMOTHY J. MULLINS (P28021) |
| DEPERNO LAW OFFICE, PLLC | KENNETH B. CHAPIE (P66148) |
| *Attorney for Plaintiffs* | LINDSAY P. HAZEN (P85861)) |
| 951 W. Milham Avenue | GIARMARCO, MULLINS & HORTON, P.C. |
| PO Box 1595 | *Attorneys for Defendants* |
| Portage, MI 49081 | 101 W. Big Beaver Road, 10th Floor |
| (269) 321-5064 | Troy, MI 48084-5280 |
| matthew@depernolaw.com | (248) 457-7020 |
| | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |
| | lhazen@gmhlaw.com |

## **STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court having considered the stipulation of the parties hereto, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned cause be dismissed without prejudice and without costs or attorney fees as to all parties. This Order resolves all pending claims in the above-captioned matter and closes this case.

_____
U.S. District Court Judge

DATED:

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

*Matthew S. DePerno*
_____
MATTHEW S. DEPERNO (P52622)
Attorney for Plaintiff

*Kenneth B. Chapie*
_____
KENNETH B. CHAPIE (P66148)
Attorney for Defendant

Plaintiffs hereby consent to the stipulation to entry of the above order to dismiss this case without prejudice.

_____   _____
Hazen Vermeulen                      Elizabeth Cutshaw on behalf of Ava Vermeulen

_____   _____
Cassandra Byers on behalf of Morgen Grossett   April Wilson on behalf of Kami Wilson

IT IS HEREBY ORDERED that the above-captioned cause be dismissed without prejudice and without costs or attorney fees as to all parties. This Order resolves all pending claims in the above-captioned matter and closes this case.

_____
U.S. District Court Judge

DATED:

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

*Matthew S. DePerno*
_____
MATTHEW S. DEPERNO (P52622)
Attorney for Plaintiff

*Kenneth B. Chapie*
_____
KENNETH B. CHAPIE (P66148)
Attorney for Defendant

Plaintiffs hereby consent to the stipulation to entry of the above order to dismiss this case without prejudice.

_____         _____
Hazen Vermeulen                                             Elizabeth Cutshaw on behalf of Ava
                                                                              Vermeulen

_____         _____
Cassandra Byers on behalf of Morgen          April Wilson on behalf of Kami
Grossett                                                            Wilson

IT IS HEREBY ORDERED that the above-captioned cause be dismissed without prejudice and without costs or attorney fees as to all parties. This Order resolves all pending claims in the above-captioned matter and closes this case.

_____
U.S. District Court Judge

DATED:

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

*Matthew S. DePerno*

_____
MATTHEW S. DEPERNO (P52622)
Attorney for Plaintiff

*Kenneth VB. Chapie*

_____
KENNETH B. CHAPIE (P66148)
Attorney for Defendant

Plaintiffs hereby consent to the stipulation to entry of the above order to dismiss this case without prejudice.

_____   _____
Hazen Vermeulen                    Elizabeth Cutshaw on behalf of Ava
                                   Vermeulen

_____   _____
Cassandra Byers on behalf of Morgen   April Wilson on behalf of Kami
Grossett                              Wilson

IT IS HEREBY ORDERED that the above-captioned cause be dismissed without prejudice and without costs or attorney fees as to all parties. This Order resolves all pending claims in the above-captioned matter and closes this case.

_____
U.S. District Court Judge

DATED:

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

*Matthew S. DePerno*

_____
MATTHEW S. DEPERNO (P52622)
Attorney for Plaintiff

*Kenneth B. Chapie*

_____
KENNETH B. CHAPIE (P66148)
Attorney for Defendant

Plaintiffs hereby consent to the stipulation to entry of the above order to dismiss this case without prejudice.

_____
Hazen Vermeulen

_____
Elizabeth Cutshaw on behalf of Ava Vermeulen

_____
Cassandra Byers on behalf of Morgen Grossett

_____
April Wilson on behalf of Kami Wilson